UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSIE LOZANO,

          Plaintiff,

v.                                                                Case No. 2:26-cv-885-SPC-DNF

CAPTAIN JOHN HECKS, et al.,

          Defendants.

_____/

## **OPINION AND ORDER**

Before the Court is Plaintiff Jessie Lozano's civil rights Complaint (Doc. 1). Lozano—a detainee of the Charlotte County Jail—moves for leave to proceed *in forma pauperis*. (Doc. 2). Because Lozano is barred from doing so under 28 U.S.C. § 1915(g), the Court dismisses this action without prejudice.

Under § 1915(g), a prisoner cannot proceed *in forma pauperis* if "on 3 or more prior occasions, while incarcerated or detained in any facility, [he] brought an action or appeal in a [federal] court…that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief can be granted[.]" 28 U.S.C. § 1915(g); *see Lomax v. Ortiz-Martinez*, 140 S. Ct. 1721, 1723 (2020) ("To help staunch a 'flood of nonmeritorious' prisoner litigation, the Prisoner Litigation Reform Act of 1995 (PLRA) established what has become known as the three-strikes rule." (citation omitted)). And "[a]

dismissal of a suit for failure to state a claim counts as a strike, whether or not with prejudice." *Id.* at 1727.

The Court takes judicial notice of four prior federal lawsuits Lozano filed, all of which were filed before this case and qualify as strikes: Case Nos. (1) 2:20-cv-448-JLB-MRM (M.D. Fla.) (frivolous and failure to state a claim); (2) 2:20-cv-932-JES-NPM (M.D. Fla.) (failure to state a claim); (3) 2:22-cv-435-JES-NPM (M.D. Fla.) (frivolous); and (4) 22-12667 (11th Cir.) (frivolous). Lozano is not exempt from § 1915(g)'s three-strikes rule, as the complaint does not allege he is in imminent danger of serious physical injury. *Mitchell v. Nobles*, 873 F.3d 869, 872 (11th Cir. 2017).

The Court thus dismisses the complaint without prejudice. If Lozano wishes to pursue his claims, he must file a new complaint—under a new case number—and pay the filing fee.

Accordingly, it is **ORDERED**:

Plaintiff Jessie Lozano's Complaint (Doc. 1) is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g). The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on April 6, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

caw 4/3
Copies: All Parties of Record